UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRIAM SOFER, individually and on behalf of all others similarly situated,

            Plaintiff,

-against-

ENHANCED RECOVERY COMPANY, LLC,

           Defendant.

**ORDER**

21-CV-05915 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case. (Doc. 14). Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

                              SO ORDERED:

Dated:   White Plains, New York
            November 3, 2021

                              PHILIP M. HALPERN
                              United States District Judge